Gregory Y. Porter (pro hac vice)
Bailey Glasser LLP
1055 Thomas Jefferson St., NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
gporter@baileyglasser.com

Mark G. Boyko (pro hac vice)
Bailey & Glasser, LLP
34 N. Gore Avenue, Suite 102
Webster Groves, MO 63119
Telephone: (202) 463-2101
mboyko@baileyglasser.com

Lisa Serebin
Creitz & Serebin LLP
100 Pine St., Ste 1250
San Francisco, CA 94111

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL E. NAGY and Maria Romero, individually and on behalf of the MedAmerica, Inc. 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>CEP AMERICA, LLC (d/b/a Vituity), MedAmerica Retirement & Benefits Committee, and Jane and John Does 1–25,<br><br>Defendants. | Case No. 3:23-cv-5648-RS<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Judge:   Hon. Richard Seeborg |

Plaintiffs Daniel E. Nagy and Maria Romero (collectively, "Plaintiffs") respectfully file this Motion under Rule 23 of the Federal Rules of Civil Procedure to (1) certify the Settlement Class for settlement purposes and appoint Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel (2) preliminary approve the Settlement under FED. R. CIV. P. 23(e); (3) approve the manner of notifying the Class of the Settlement; (4) appoint Rust Consulting as the Settlement Administrator; (5) appoint Huntington Bank as Escrow Agent; and (6) set a date for a Fairness Hearing.

1. This action was originally filed in this Court on November 1, 2023. The Complaint alleges that (1) Defendants improperly caused the Plan to pay excessive or prohibited administrative expenses to MedAmerica and the Plan's recordkeeper, Charles Schwab; and (2) the Plan's capital preservation option, the Schwab Bank Savings Account, was imprudent. Based on these allegations, Plaintiffs claim that Defendants engaged in breaches of fiduciary duties to the Plan and that certain transactions were prohibited under the Employee Retirement Income Security Act of 1974 ("ERISA").

2. On March 14, 2025, after participating in a mediation session with a neutral mediator with JAMS, the Parties entered into a Settlement Agreement.

3. Plaintiffs request that the Court certify the Settlement Class for settlement purposes only and preliminarily approve the Settlement Agreement that is attached hereto as Exhibit 1.

4. Plaintiffs also submit to the Court a Memorandum in Support of this Motion, as well as a Declaration of Class Counsel. Defendants do not oppose this Motion.

WHEREFORE, Plaintiffs request the following:

- That the Court certifies the Settlement Class for settlement purposes, appoints Plaintiffs as Class Representatives, and appoints Plaintiffs' Counsel as Class Counsel;
- That the Court enters an Order granting its preliminary approval of the Settlement Agreement in the form attached to the Settlement Agreement;

- That the Court approves the manner of notifying the Settlement Class of the Settlement;
- That the Court appoints Rust Consulting as the Settlement Administrator;
- That the Court appoints Huntington Bank as Escrow Agent;
- That the Court order any interested party to file any objections to the Settlement within the time limit set by the Court, with supporting documentation, and order such objections, if any, be filed with the Clerk of Court at least 30 calendar days prior to the scheduled Final Approval Hearing;
- That the Court schedule a Fairness Hearing for the purpose of receiving evidence, argument, and any objections relating to the Parties' Settlement Agreement; and
- That following the Fairness Hearing, the Court enter an Order granting final approval of the Parties' Settlement and dismissing the Complaint in this Litigation with prejudice.

Dated: March 14, 2025

MARK G. BOYKO
GREGORY Y. PORTER
BAILEY & GLASSER

By: /s/ Mark G. Boyko
Mark G. Boyko

Attorneys for Plaintiffs