UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. NAGY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CEP AMERICA, LLC, et al.,<br><br>Defendants. | Case No.  23-cv-05648-RS<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND NOTICE AND PLAN OF ALLOCATION** |

Having considered Plaintiffs' Unopposed Motion to Amend Notice and Plan of Allocation, and good cause appearing therefore, the Court hereby ORDERS as follows:

1. The Motion is GRANTED.

2. The Court finds that the proposed revisions to the Notice and Plan of Allocation are appropriate, reasonable, and necessary to ensure clarity and consistency in the information provided to Settlement Class Members.

3. The Revised Notice, attached as Exhibit 1 to the Motion, is APPROVED.

4. The Revised Plan of Allocation, attached as Exhibit 3 to the Motion, is likewise APPROVED.

5. The Settlement Administrator is authorized and directed to proceed with the mailing of the Revised Notice and implementation of the Revised Plan of Allocation consistent with this Order.

**IT IS SO ORDERED**.

Dated: June 24, 2025

_____
RICHARD SEEBORG
Chief United States District Judge